# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS BESSETT<br>　　　Petitioner,<br><br>　　　v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, as Trustee for<br>MORGAN STANLEY MORTGAGE<br>LOAN TRUST 2004-9 MORTGAGE<br>PASS THROUGH CERTIFICATE<br>SERIES 2004-9.<br>　　　Defendant | *<br>*<br>*<br>* Civil Action No. 1:16-cv-11473-IT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER

August 4, 2016

TALWANI, D.J.

　　Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge